NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

### IN RE: BEACON BIOMEDICAL, LLC,
*Appellant*

---

2019-2194

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 14/213,743.

---

### JUDGMENT

---

ANDREW D. LOCKTON, McHale & Slavin, P.A., Palm Beach Gardens, FL, argued for appellant. Also represented by ALLEN KEITH CAMPBELL, EDWARD F. MCHALE.

MEREDITH HOPE SCHOENFELD, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, ROBERT J. MCMANUS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MAYER and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 10, 2020                 /s/ Peter R. Marksteiner
Date                                   Peter R. Marksteiner
                                            Clerk of Court